Dismissed and Memorandum Opinion filed July 8, 2004









Dismissed and Memorandum Opinion filed July 8, 2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00252-CV

____________

 

ATTAR
CONSTRUCTION CO., Appellant

 

V.

 

ARAB CULTURAL
& COMMUNITY CENTER, Appellee

 



 

On Appeal from the
113th District Court

 Harris County, Texas

Trial Court Cause
No. 02‑11687 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 17,
2004.  On June 30, 2004, appellant filed
a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

PER CURIAM

 

Judgment
rendered and Memorandum Opinion filed July 8, 2004.

Panel consists
of Justices Yates, Anderson, and Hudson.